**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERIC M. GAWRY, et al.,** | ) | Case No. 1:07 CV 322 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Judge Dan Aaron Polster** |
| vs. | ) | |
| | ) | |
| **COUNTRYWIDE HOME LOANS, INC.,** | ) | **JUDGMENT ENTRY** |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons discussed in the memorandum of opinion and order filed contemporaneously with this judgment entry, the following action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                            /s/Dan A. Polster     July 6, 2009
                                            **Dan Aaron Polster**
                                            **United States District Judge**